[No. 9623–1–I. Division One. February 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT FRANK TUCKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–02994–7, Jerome M. Johnson, J., entered

November 3, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Williams and Ringold, JJ.